```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 08041
   BRIAN S DRAFKE
   NICOLE A DRAFKE                              CHAPTER 13

                                                JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-0817     SSN XXX-XX-9392
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 04/03/08 .

   2.   The case was dismissed without confirmation, 09/12/2008.

   3.   The Debtor paid a total of $    805.00 .

   4.   The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HOMEQ SERVICING CORP | CURRENT MORTG | .00 | .00 | .00 |
| DIVISION OF CHILD SUPPOR | CHILD SUPPORT | NOT FILED | .00 | .00 |
| AMERICAN HONDA FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| CACH LLC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION CO OF AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| CONDOR CAPITAL CORP | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| DELL FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SVC | UNSECURED | NOT FILED | .00 | .00 |
| DISCOUNT TIRES | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| STERLING JEWELERS | UNSECURED | NOT FILED | .00 | .00 |
| MEIJER | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| MERRICK BANK | UNSECURED | NOT FILED | .00 | .00 |
| MIDLAND CREDIT MCMT | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| PHARIA LLC | UNSECURED | NOT FILED | .00 | .00 |
| HOMEQ SERVICING CORP | MORTGAGE ARRE | NOT FILED | .00 | .00 |

         Summary of disbursements:
---

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
---

```
TOTAL CLMS ALLOWED            .00          .00           .00          .00          .00
PRINCIPAL PAID                .00          .00           .00          .00          .00
INTEREST PAID                 .00          .00           .00          .00          .00
TOTAL PAID                    .00          .00           .00          .00          .00
```
The Debtor's attorney, PATRICK A MESZAROS           , was allowed $   3500.00
and was paid $    500.00  direct and $    758.31  through the plan.

The Trustee received $     46.69 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 12/17/08                    /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 08 B 08041 BRIAN S DRAFKE & NICOLE A DRAFKE